UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re MELANIE HUGHES ) | No. CV 07-01841 LEW |
| ) | |
| Appellant and ) | |
| Debtor, ) | ORDER GRANTING APPELLEES' |
| ) | MOTION TO DISMISS APPEAL |
| ) | |
| CLAYEO C. ARNOLD and ) | |
| CLAYEO ARNOLD, ) | |
| PROFESSIONAL LAW ) | |
| CORPORATION ) | |
| ) | |
| Appellees and ) | |
| Plaintiffs. ) | |
| ) | |
| v. ) | |
| ) | |
| MELANIE HUGHES ) | |
| ) | |
| Appellant and ) | |
| Defendant ) | |

Currently before this Court is Clayeo Arnold and Clayeo Arnold, a Professional Law Corporation's ("Appellees") Motion to Dismiss the appeal based on a lack of an appealable "final judgment."

1  This matter was taken under submission on January
2 18, 2008.  Having considered all the papers submitted in
3 conjunction with this matter, the **COURT NOW RULES AS**
4 **FOLLOWS:**

6  Appellees Motion to Dismiss is **GRANTED**.  This Court
7 agrees with Appellees that there has been no final
8 determination by the Bankruptcy Court, thus the District
9 Court has no jurisdiction to hear the case at the
10 present time.

12  Moreover, the Court declines to exercise
13 discretionary review, as to do so would cause judicial
14 inefficiency.

16 **IT IS SO ORDERED.**

*Ronald SW Lew*

 **HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATE: January 29, 2008