1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   In Re Melanie Hughes,        ) Nos. CV 07-01841 LEW;
                                   ) CV 08-00490
12                    Debtor,      )
                                   ) RELATED CASE ORDER
13                                 )
                                   )
14                                 )
                                   )
15   _____)
     Clayeo C. Arnold,             )
16                                 )
                                   )
17                 Plaintiff,      )
                                   )
18            v.                   )
                                   )
19                                 )
     Melanie Hughes,               )
20                                 )
                                   )
21                 Defendant.      )
                                   )
22                                 )
                                   )
23                                 )
                                   )
24   _____)

25

26

27

28

1
2
3
4
5
6
7
8
9

Clayeo C. Arnold and        )
Clayeo Arnold,              )
Professional Law            )
Corporation,                )
                            )
            Appellees       )
        and Plaintiffs,     )
                            )
            v.              )
                            )
                            )
Melanie Hughes,             )
                            )
            Appellant       )
        and Defendant.      )
                            )
                            )

10

11

12

13 Examination of the above-entitled actions reveals
14 that these actions are related within the meaning of
15 Local Rule  83-123 (E.D. Cal. 2005).  Accordingly, the
16 assignment of the matters to the same judge and
17 magistrate judge is likely to effect a substantial
18 savings of judicial effort and is also likely to be
19 convenient for the parties.

20

21 The parties should be aware that relating the cases
22 under Local Rule 83-123 merely has the result that these
23 actions are assigned to the same judge and magistrate
24 judge; no consolidation of the actions is effected.
25 Under the regular practice of this court, related cases
26 are generally assigned to the judge and magistrate judge
27 to whom the first filed action was assigned.

28

1    **IT IS THEREFORE ORDERED** that the action denominated

2 CIV. NO. 08-00490 LKK should be reassigned to Judge

3 Ronald S.W. Lew for all further proceedings, and any

4 dates currently set in this reassigned case <u>only</u> are

5 hereby **VACATED**.  The parties are referred to the

6 attached Order Requiring Joint Status Report.

7 Henceforth, the caption on documents filed in the

8 reassigned cases shall be shown as CIV. NO. 08-00490

9 LEW.

10

11    **IT IS FURTHER ORDERED** that the Clerk of the Court

12 make appropriate adjustment in the assignment of civil

13 cases to compensate for this reassignment.

14

15

16 **IT IS SO ORDERED.**

RONALD S.W. LEW

17

18    **HONORABLE RONALD S.W. LEW**
        Senior, U.S. District Court Judge

19

20 DATE: March 24, 2008

21

22

23

24

25

26

27

28                                3